*Workman* for defendants.

---

### RAMSAY vs. LITTLEJOHN.

The debtor who suffers his creditor to have judgment after notice of the assignment of

APPEAL from the court of the first district.

MARTIN, J. delivered the opinion of the court. Ramsay having obtained injunction,

on an execution issued on a judgment obtain-
ed against him, in this court, by Littlejohn,
*Vol.* 5, 655; Williams and Story, assignees
of B. Williams and Walton, prayed a dissolu- the debt can-
tion of it, on the ground that they were the not resist the claim of the
only persons interested in the judgment, as it assignee.
had been obtained by Littlejohn for the pro-
ceeds of a note collected by Ramsay, who had
directions from Littlejohn to apply these pro-
ceeds, after paying a debt due to himself, to the
discharge of B. Williams and Walton's claims
against Littlejohn.

There was a verdict and judgment against
*these intervening parties, and they appealed.*

The record shews that the appellee had no-
tice of the assignment of part of the pro-
ceeds of the note to B. Williams and Walton,
before the institution of Littlejohn's suit against
him. Had he pleaded and proved this as-
signment, he might have successfully refuted
Littlejohn's claim, on paying his assignees, and
our judgment rests on the absence of any alle-
gation or proof of such a notice. After he
renewed it, he became accountable to the as-
signees, and no act of his, but payment, could
destroy their rights. He therefore cannot dis-

RAMSAY
*vs.*
LITTLEJOHN

charge himself, as to that, by the offer to compensate a debt of Littlejohn.

As the notice of the transfer to the appellee is directly proved, it is clear the jury mistook the law, and it is our duty to correct this error.

It is therefore ordered, adjudged and decreed, that the judgment of the district court be annulled, avoided and reversed, and the injunction dissolved, the appellee paying costs in both courts.

*Grymes* for plaintiff—*Morse & Hoffman* for defendants.